948 A.2d 157

IN THE MATTER OF CHARLES BRIAN DALY, A/K/A C. BRIAN DALY AN ATTORNEY AT LAW.

May 30, 2008.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 06–130, concluding that **CHARLES BRIAN DALY, a/k/a C. BRIAN DALY,** formerly of **UNION,** who was admitted to the bar of this State in 1971, and who has been temporarily suspended from the practice of law pursuant to *Rule* 1:20–13(b)(1) since February 23, 2005, should be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of the matter), and good cause appearing;

It is ORDERED that **CHARLES BRIAN DALY, a/k/a C. BRIAN DALY,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.